DOROTHY COHEN, Appellant, *v.* STUDENTS TRAVEL CLUB, INC., et al., Defendants, and CARLOS B. STONE, Respondent.

(Argued January 2, 1935; decided January 22, 1935.)

*Max Zucker* and *Seymour M. Liebowitz* for appellant.
*Samuel Weisman* and *Joseph V. Shostak* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.